UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ X

TERENCE GRAU and NELSON LOUIS   :
Individually, and on Behalf of All Other
Persons Similarly Situated,   :

     Plaintiffs,    :   08 CV 2812 (ARR)(RER)

    v.      :   **STIPULATION AND ORDER OF**
           **DISMISSAL WITH PREJUDICE**

USTA NATIONAL TENNIS CENTER, INC., :
et al.,             :

           :

------------------------------------ X

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Terence Grau

and Nelson Louis and counsel for Defendants USTA National Tennis Center, Inc. United States

Tennis Association, Inc., and USTA Serves, Inc., Jointly And Severally, in accordance with Rule

41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with

prejudice and without costs as to Plaintiffs Terence Grau and Nelson Louis and be dismissed

without costs and without prejudice as to the members of the alleged putative class action and/or

collective action other than Plaintiffs Terence Grau and Nelson Louis.  This Stipulation does not

prejudice the rights, if any, of the members of the alleged putative class action and/or collective

action other than said Plaintiffs Terence Grau and Nelson Louis.

Dated: New York, New York       Dated: New York, New York
   August 5 | 2009         August 3/ , 2009

**LAW OFFICE OF WILLIAM COURDERT RAND**    **WIGGIN AND DANA**

_____    _____
William C. Rand, Esq. (WR 7685)     Mary A. Gambardella (    )
711 Third Avenue, Suite 1505      400 Atlantic Street
New York, New York 100117      Stamford, CT 06901
(212) 286-1425          (203) 363-7662

*Attorneys for Plaintiffs*        *Attorneys for Defendants*

- 6 -

So ordered.   /Signed by Judge Ross/   USDJ

9/10/09